UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOSE GRIEGO,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFF ALLENBY, et al.,<br><br>    Defendants.<br>_____/ | 1:11-cv-01676-SKO-(PC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

Plaintiff Leonard Jose Griego, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 4, 2011. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

**Dated:    October 6, 2011**                     **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE

-1-